3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Christopher Allen Walker,

    Defendant.

_____/

Case:2:21-cr-20243
Judge: Lawson, David M.
MJ: Altman, Kimberly G.
Filed: 04-07-2021 At 12:00 PM
USA V SEALED MATTER (LG)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**Felon in Possession of a Firearm**
18 U.S.C. § 922(g)(1)

On or about November 21, 2020, in the Eastern District of Michigan, Southern Division, defendant, Christopher Allen Walker, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Glock, model 19X, 9mm pistol, said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of violating Title 18, United States Code, Section 922(g), as set forth in this Indictment, upon conviction the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

CRAIG WININGER
Chief, Violent & Organized Crime Unit

*s/Trevor M. Broad*
TREVOR M. BROAD
ROBERT VANWERT
Assistant United States Attorneys

Dated: April 7, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:21-cr-20243<br>Judge: Lawson, David M.<br>MJ: Altman, Kimberly G.<br>Filed: 04-07-2021 At 12:00 PM<br>USA V SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complet

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** TMB |

**Case Title:** USA v. Christopher Allen Walker

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

  ✓ Indictment/____Information --- **no** prior complaint.
  ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
  ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 7, 2021
_____
Date

*/s/ Trevor M. Broad*
Trevor M. Broad
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0210
Fax: 313-226-3265
E-Mail address: trevor.broad@usdoj.gov
Attorney Bar #: P73495

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.